UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILLIP KNIGHT (#118589)

VERSUS                                          CIVIL ACTION

STATE OF LOUISIANA, ET AL                       NUMBER 11-321-RET-DLD

RULING

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 presumably against the State of Louisiana and the Twenty-fourth Judicial District Court, Division A. Plaintiff alleged that he was subjected to false imprisonment in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

On May 16, 2011, the plaintiff was granted 20 days from the date of the order to pay the court's filing fee in the amount of $350.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June __13__, 2011.

                                        RALPH E. TYSON, CHIEF JUDGE
                                        MIDDLE DISTRICT OF LOUISIANA